UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRADLEY LARIOS, individually and on behalf of
all others similarly situated,

**Case No. 1:23-cv-01798**

*Plaintiff*,

vs.

LIBERTY HOME GUARD LLC,

*Defendant.*
_____/

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Bradley Larios, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Bradley Larios, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: May 11, 2023

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
New York Bar No. 5195185
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

### CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:   */s/ Andrew J. Shamis*
      Andrew J. Shamis, Esq.
      Florida Bar # 101754

*Counsel for Plaintiff and the Class*

**So Ordered.**

s/Nicholas G. Garaufis
**Hon. Nicholas G. Garaufis**
**Date:**